JS6

1  Alan M. Ghaleb, Esq. SBN 117820
   Law Offices of Alan M. Ghaleb
2  117 E. Colorado Boulevard, Suite 260
   Pasadena, California 91105
3  Phone: (626) 796-1964
   Facsimile: (626) 304-9002
4  E-mail: alan@alanghaleblaw.com

5
   Attorneys for Plaintiffs
6  KAMALPREET SINGH GREWAL,
   JASMIT GREWAL

7
                  UNITED STATES DISTRICT COURT
8
                  CENTRAL DISTRICT OF CALIFORNIA
9

10  KAMALPREET SINGH GREWAL,           Case No. CV097428-R (DJ)
    JASMIT GREWAL,                     (BC 414380, Superior Court of California,
11                                     Los Angeles County)
                    Plaintiff,
12  vs.                                  **ORDER RE: REMAND OF ENTIRE
                                       ACTION (PROPOSED)**
13  THE CALDWELL COMPANY, INC.,
    GOULD ELECTRONICS, and DOES 1
14  through 15, inclusive,
                                       Judge: Honorable Manuel L. Real
15                                     Dept.: 8

16                  Defendants.

17
    EVEREST NATIONAL INSURANCE
18  COMPANY,

19              Plaintiff-in-Intervention,

20  vs.

21  THE CALDWELL COMPANY, INC.,
    GOULD ELECTRONICS, and DOES 1
    through 15, inclusive,
22
                Defendants-in-Intervention.
23

24
        TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:
25
        PLEASE TAKE NOTICE that based upon the Stipulation of the parties to his action and
26
27  for good cause appearing thereon, the court ORDERS as follows:

28
                              Page 1
                              ORDER

1    1.   That this action in its entirety be remanded to the Superior Court of the State of

2    California for all further hearings, including trial.

3       2.   That all current hearing dates before this court are hereby advanced and vacated.

4    IT IS SO ORDERED

5    DATED: July 14, 2010

6                                                        MANUEL L. REAL
                                                         U.S. DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28